IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES BERNARD
CAMPBELL,

      Appellant,

v.

FLORIDA DEPARTMENT OF
CORRECTIONS,

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2025

_____/

Opinion filed April 1, 2016.

An appeal from the Circuit Court for Bradford County.
Phillip Andrew Pena, Judge.

James Bernard Campbell, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C. J., LEWIS and RAY, JJ., CONCUR.